IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| v. | § | 3:08-CV-1489-M (BF) |
| | § | ECF |
| $8,600.00 IN UNITED STATES | § | |
| CURRENCY, | § | |
|     Defendant *In Rem*. | § | |

**REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The District Court referred this case to the United States Magistrate Judge for pretrial management, including the referral of dispositive motions for report and recommendation. Before the Court is the Motion for Entry of Default Judgment of Forfeiture, filed by the United States ("Plaintiff").

Plaintiff filed a Complaint for Forfeiture against $8,600.00 in United States Currency on August 25, 2008. Colin D. Jackson originally filed an Answer, claiming an interest in the defendant property, the $8,6000 in U.S. currency (the "property"). However, Mr. Jackson, proceeding pro se, has freely and voluntarily withdrawn his Answer, stating that he no longer wishes to make a claim to the property or contest this forfeiture proceeding. The Clerk of Court entered default in this proceeding against Mr. Jackson.

1

## **RECOMMENDATION**

For the reasons stated, the Court recommends that the District Court grant Plaintiff's Motion for Entry of Default Judgment of Forfeiture and enter a Final Judgment of Forfeiture.

SO RECOMMENDED, June 10, 2009.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

The United States District Clerk shall serve a true copy of these findings, conclusions, and recommendation on the parties.  Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions, and recommendation must serve and file written objections within ten days after being served with a copy.  A party filing objections must specifically identify those findings, conclusions, or recommendation to which objections are being made.  The District Court need not consider frivolous, conclusory, or general objections.  A party's failure to file such written objections to these proposed findings, conclusions, and recommendation shall bar that party from a *de novo* determination by the District Court.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Additionally, any failure to file written objections to the proposed findings, conclusions, and recommendation within ten days after being served with a copy shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error.  *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).